IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| HEWIE CROSS, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:10-cv-0425-TMH |
| | )        WO |
| J. A. KELLER, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #14) to the Recommendation of the Magistrate Judge filed on July 30, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #13) filed on July 26, 2010 is adopted;

3. The 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED without prejudice because Cross has failed to exhaust administrative remedies in accordance with the procedures established by the BOP.

DONE this the 21st day of September, 2010.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE